[No. 13597–3–II. Division Two. November 21, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM FLECKNER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 89–1–00122–0, H. John Hall, J., entered January 18, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 13199–4–II. Division Two. November 21, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. ABEL ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 149954R152, Nile E. Aubrey, J., entered September 8, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick and Morgan, JJ.

[No. 24964–9–I. Division One. November 26, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE N. GREENWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–1–00295–3, Stuart C. French, J., entered October 16, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 23223–1–I. Division One. November 26, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. GLINDER R. BROOKS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–00703–5, Warren Chan, J., entered November 16, 1988. *Dismissed* by unpublished per curiam opinion.